```
_____ FILED         _____ RECEIVED
_____ ENTERED       _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

          JAN 2 5 2013

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-333-JCM-(GWF) |
| ) | |
| MARGARET LAGROW ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On January 25, 2013, defendant MARGARET LAGROW pled guilty to Counts One through Five of a Five-Count Criminal Indictment charging her in Count One through Five with Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Indictment, ECF No. 8.

This Court finds that MARGARET LAGROW shall pay a criminal forfeiture money judgment of $9,176.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARGARET LAGROW a criminal forfeiture money judgment in the amount of $9,176.00 in United States Currency.

DATED this 25th day of Jan., 2013.

_____
UNITED STATES DISTRICT JUDGE