```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

           APR 25 2013

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:12-CR-333-JCM-(GWF) |
| v. ) | |
| ) | |
| MARGARET LAGROW, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on January 28, 2013, that MARGARET LAGROW shall pay a criminal forfeiture money judgment of $9,176.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 8; Change of Plea Minutes, ECF No. 21; Order of Forfeiture, ECF No. 22.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARGARET LAGROW a criminal forfeiture money judgment in the amount of $9,176.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 25th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE